UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,                    ORDER OF REFERRAL

       v.                                    CR-11-374 (JG)(MDG)

KWANSOO KIM

                Defendant.
------------------------------------------------------X

JOHN GLEESON, U.S.D.J.

       The defendant, **KWANSOO KIM** having applied for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the Court refers the matter to Magistrate Judge **GO** to administer the allocution pursuant to F.R. Crim., P, Rule 11, and to make (a) a finding as to whether the plea is knowingly and voluntarily made and not coerced, and (b) a recommendation as to whether the plea of guilty should be accepted.

       So as to facilitate the Court's review of the transcript of the plea before sentencing, the Court asks the Magistrate Judge to submit a copy of the plea transcript to Chambers.

                                                             SO ORDERED:

                                                             S:/ John Gleeson
                                                            JOHN GLEESON, U.S.D.J.

                                                            s/MDG

Dated: Brooklyn, New York
        June 6, 2011                                Marilyn D. Go, U.S.M.J.

**SENTENCE DATE SCHEDULED:**      **October 14, 2011 @ 2:00 PM**

**PSR DISCLOSURE DATE:**             **September 12, 2011**

_Chanwoo Lee_
Defense Counsel                              Assistant United States Attorney

_[signature]_
Defendant