FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ MAY 18 2011 ★
BROOKLYN OFFICE

LK:MPC
F.#2010R01277

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

KWANSOO KIM,

              Defendant.

- - - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. 11-374 (JS)
(T. 18, U.S.C., §§
§§ 1001(a)(2) and 3551
et seq.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 14 2011 ★
BROOKLYN OFFICE

THE UNITED STATES ATTORNEY CHARGES:

### FALSE STATEMENT

On or about January 21, 2009, within the Eastern District of New York, the defendant KWANSOO KIM did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the United States Food and Drug Administration (FDA), in that KIM falsely stated and represented to a Special Agent of the

2

FDA that he no longer sold male sexual enhancement products when, in fact, as KIM then and there well knew and believed, he continued to sell such products.

(Title 18, United States Code, Sections 1001(a)(2) and 3551 et seq.)

```
                          By: /s/ 
                          LORETTA E. LYNCH
                          UNITED STATES ATTORNEY
                          EASTERN DISTRICT OF NEW YORK
```

F. #2011R01277
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

KWANSOO KIM,

Defendant.

# INFORMATION

T. 18, U.S.C., §§ 1001 and 3551 et seq.

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day,*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ A.D. 20 _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                                          *Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _

**Michael P. Canty, Assistant United States Attorney, (718) 254-6032**