<u>BEFORE Magistrate Judge Go</u>          6/14/11                    Time: 45 mins

Case No.: 11 CR 374 (JG)

DEFENDANT'S NAME: Kwansoo Kim
  ✓ present    ___ not present    ___ custody    ✓ bail

DEFENSE COUNSEL: Chanwoo Lee
  ✓ present    ___ not present    ___ CJA    ✓ RET    ___ FED DEF.

A.U.S.A.: Robert Polemeni    COURTROOM DEPUTY: F. Abdallah

FTR#: 2:08-2:51    Korean INTERPRETER: Myung-Ja C. Melton

✓ CASE CALLED    ✓ DEFENDANT'S FIRST APPEARANCE

DEFENDANT ✓ SWORN  ✓ ARRAIGNED  ✓ INFORMED OF RIGHTS
          ✓ WAIVES TRIAL BEFORE DISTRICT COURT

✓ WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT.

✓ ~~SUPERSEDING INDICTMENT~~/INFORMATION FILED.

___ DEFENDANT FAILED TO APPEAR, BENCH WARRANT ISSUED.

✓ DEFENDANT ENTERS **GUILTY PLEA TO COUNT** 1 OF Information

✓ BAIL ✓ SET ___ CONT'D FOR DEFENDANT.

___ DEFENDANT CONT'D IN CUSTODY.

✓ SENTENCING SCHEDULED FOR Oct. 14, 2011 AT 2:00 p.m.

   BEFORE JUDGE Gleeson.

___ SENTENCING WILL BE SCHEDULED BY PROBATION.

✓ OTHER COMMENTS/RULINGS: Dft. released ROR. Pretrial Officer Bianca Carter present. Special agent, U.S. Food & Drug Administration, Thomas Masiatka present. Dft surrendered his passport.

***PURSUANT TO THE JUDGE'S REFERRAL ORDER TO **MAGISTRATE JUDGE GO**, DATED 6/6/11, MAGISTRATE GO HAS ADMINISTERED THE ALLOCUTION PURSUANT TO F.R.C.P., RULE 11 AND A FINDING HAS BEEN MADE THAT THE PLEA WAS KNOWINGLY AND VOLUNTARILY MADE AND NOT COERCED. **MAGISTRATE JUDGE GO RECOMMENDS TO JUDGE** Gleeson **THAT THE PLEA OF GUILTY SHOULD BE ACCEPTED. THE PLEA AGREEMENT IS MARKED AS COURT EXHIBIT 1.**

✓ REQUEST FOR TRANSCRIPT FOR JUDGE Gleeson